IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00273-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$12,237.00 IN UNITED STATES CURRENCY and
$6,000.00 IN UNITED STATES CURRENCY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2012.**

      The United States of America's Unopposed Motion to Amend the Scheduling Order [filed July 19, 2012; docket #17] is **granted**. For good cause shown, the Court will extend the deadline for dispositive motions through and including **November 6, 2012**.

      In light of this modification, the Final Pretrial Conference scheduled in this case for October 31, 2012, is hereby **vacated** and **rescheduled** to **January 7, 2013**, at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

      **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading are posted in the forms section of the website.**

      The parties are further advised that they shall not assume that the court will grant the relief

requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C. Colo. LCivR 83.2B.