**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0273-WJM-MEH

UNITED STATES OF AMERICA

      Plaintiff,

v.

$12,237.00 IN UNITED STATES CURRENCY, and
$6,000.00 IN UNITED STATES CURRENCY

      Defendants.

---

**FINAL ORDER OF FORFEITURE**

---

This matter comes before the Court on the Government's Unopposed Motion for Final Order of Forfeiture, filed on November 27, 2012 (ECF No. 20).  The Court having reviewed the Motion and the record hereby FINDS as follows:

1. That the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

2. That all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4);

3. That the United States and claimants Naisha Gardner and Tamika Jones, through their attorney Brandon T. Duber, Esq., have reached a settlement agreement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute;

4. That upon agreement of the partes, $7,000.00 of defendant $12,237.00 in United States Currency and $4,000.00 of defendant $6,000.00 in United States Currency shall be forfeited to the United States;

5. That upon entry of Final Order of Forfeiture, the United States has agreed to return to claimant Naisha Gardner, $5,237.00 of defendant $12,237.00 in United States Currency, and to claimant Tamika Jones, $2,000.00 of defendant $6,000.00 in United States Currency;

6. That it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881;

For the foregoing reasons, the Court hereby ORDERS as follows:

1. That $7,000.00 of defendant $12,237.00 in United States Currency and $4,000 of defendant $6,000.00 in United States Currency is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881;

2. That the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. That the Clerk of the Court is DIRECTED to enter Judgment; and

4. That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Currency pursuant to 28 U.S.C. § 2465.

Dated this 28th day of November, 2012.

BY THE COURT:

William J. Martinez
United States District Judge